# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-4021 |
| Charles Yebuah | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention & preliminary hearing in this case is scheduled as follows:

| Place: US Courthouse 801 Broadway Nashville, TN 37203 | Courtroom No.: 783 Judge Brown |
|---|---|
| | Date and Time: 3:00pm, Thursday, 3/6/14 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 3/3/2014

_____
Judge's signature

Joe B. Brown, U.S. Magistrate
Printed name and title